IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JIMMY EUGENE PARKER, JR.,        )
                                 )
          Petitioner,            )
                                 )
     v.                          )    1:16CV493
                                 )    1:05CR158-1
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )
```

**ORDER**

On September 29, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 125) to the Recommendation within the time limit prescribed by Section 636. Counsel appointed for the purpose of pursuing relief under Johnson v. United States, 135 S. Ct. 2551 (2015), has filed a notice that no objections would be filed. (Doc. 127.)

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 123), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's motion (Doc. 111) and amended motions (Doc. 115, 118) to vacate, set aside or correct sentence, as supplemented, are DENIED, and this action is DISMISSED. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the

conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                                          /s/    Thomas D. Schroeder
                                            United States District Judge

November 2, 2017